**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00385-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JAMES OSCAR FRIAS,

       Defendant.

---

ORDER TERMINATING SUPERVISED RELEASE

---

    The Court having been notified by the Probation Office that on September 22, 2011, the defendant was declared deceased, hereby,

    ORDERS that the term of supervised release be terminated.

    DATED at Denver, Colorado, this 9th day of November, 2011.

                              BY THE COURT:

                              s/ WileyY. Daniel
                              WILEY Y. DANIEL
                              Chief United States District Judge